PROB 12B
(7/93)

Report Date: April 6, 2009

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 08 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Willard Lacroix       Case Number: 2:05CR06001-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 5/12/2005           Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,   Date Supervision Commenced: 4/2/2009
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 60 Months; TSR - 36   Date Supervision Expires: 4/1/2012
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

18    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from this substance.

## CAUSE

This modification is necessary to bring this case into compliance with current Ninth Circuit Court case law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 6, 2009

Curtis G. Hare
U.S. Probation Officer

Prob 12B
Re:  Lacroix, Robert Willard
April 6, 2009
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

April 8, 2009
Date