PROB 12B
(7/93)

Report Date: August 10, 2010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 10 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Willard Lacroix          Case Number: 2:05CR06001-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 5/12/2005             Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,    Date Supervision Commenced: 4/2/2009
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 60 Months; TSR - 36    Date Supervision Expires: 4/1/2012
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

20   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

This modification corrects language now required by Ninth Circuit case law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/10/2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob 12B
**Re: Lacroix, Robert Willard**
**August 10, 2010**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*Fred Van Sickle*
Signature of Judicial Officer

8/10/2010
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

20    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____  Signed: _____
Curtis G. Hare                                       Robert Willard Lacroix
U.S. Probation Officer                          Probationer or Supervised Releasee

August 10, 2010
Date