PROB 12C  
(7/93)

Report Date: February 7, 2012

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Willard Lacroix | Case Number: 2:05CR06001-001 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 5/12/2005 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 60 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Jane Kirk | Date Supervision Commenced: 4/2/2009 |
| Defense Attorney: Anne Walstrom | Date Supervision Expires: 8/2/2013 |

## PETITIONING THE COURT

**To issue a bench warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 1/27/2012 and 2/7/2012.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: Robert Lacroix is considered in violation of his period of supervised release in the Eastern District of Washington by associating with a convicted felon on December 12, 2011, and January 27, 2012. |
| | According to information provided by the Kennewick Police Department, the defendant was with Vince Creighton, a convicted felon on December 12, 2011, at the Ace Pawn and Jewelry in Kennewick, Washington. They were attempting to sell items but when the shop owner advised he would not purchase the items from felons, they ran from the store. |
| | On January 27, 2012, a Benton County Sheriff's Deputy contacted the defendant and Vince Creighton, a convicted felon, parked in front of a residence. The defendant advised the deputy that his vehicle had run out of gas. |

Prob12C
**Re:  Lacroix, Robert Willard**
**February 7, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/07/2012

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[ x ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ x ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer
February 7, 2012

Date