PROB 12C
(7/93)

Report Date: April 12, 2012

# United States District Court

for the

## Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Willard Lacroix            Case Number: 2:05CR06001-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 5/12/2005

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 60 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jane Kirk | Date Supervision Commenced: 4/2/2009 |
| Defense Attorney: | Anne Walstrom | Date Supervision Expires: 8/2/2013 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/27/2012 and 2/07/12 and issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 18**: Defendant shall participate in a program of GPS confinement. The defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay determined by the Pretrial Services Office. |
| | **Supporting Evidence**: On April 11, 2012, Robert Willard Lacroix violated the conditions of his GPS confinement by being at an unapproved location without the prior permission of the U.S. Probation Office. |

Prob12C
Re: Lacroix, Robert Willard
April 12, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/12/2012

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

s/Fred Van Sickle
Signature of Judicial Officer

April 12, 2012
Date