PROB 12C
(7/93)

Report Date: January 27, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 30 2012

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Willard Lacroix         Case Number: 2:05CR06001-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 5/12/2005

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 60 Months; TSR - 36     Type of Supervision: Supervised Release
                        Months

Asst. U.S. Attorney:    Robert A. Ellis                  Date Supervision Commenced: 4/2/2009

Defense Attorney:       Anne Walstrom                    Date Supervision Expires: 8/2/2013

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Robert Lacroix is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offense of burglary in the second degree on or prior to November 6, 2011. |
| | According to charging documents, it is alleged that on November 6, 2011, the defendant forced his way into an enclosed area of a business and stole several items. The owner arrived at the business while the defendant was in the enclosed area and the defendant ran when confronted. The owner was able to obtain the license plate of a vehicle as it drove off. The vehicle was found to be owned by the defendant's girlfriend. When officers spoke to the girlfriend, she admitted the defendant was in the enclosed area to steal items. |
| | The defendant is currently charged for the alleged burglary in Benton County Superior Court under case number 11-1-01291-7. |

2    **Special Condition # 16**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

**Supporting Evidence**: Robert Lacroix is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, methamphetamine, on or prior to December 14, 2011.

The defendant reported to First Step Community Counseling Services on December 14, 2011, for a random urinalysis test. The test returned presumptive positive for the presence of methamphetamine. The defendant admitted he had been using methamphetamine. The sample was confirmed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2012

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Fred Van Sickle

Signature of Judicial Officer

January 30, 2012
Date